IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

11-CV-636-DRH-CJP

RHONDA R. CARSON,
        Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,
        Defendant.

**ORDER GRANTING STIPULATION TO REMAND
UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)**

This matter comes before the Court on a Stipulation To Remand under the fourth sentence of 42 U.S.C. § 405(g), by the parties. The Court, having read the Stipulation and being duly advised now **GRANTS** said request.

IT IS THEREFORE ORDERED that the case be remanded, under the fourth sentence of 42 U.S.C. § 405(g), to the Commissioner of Social Security. On remand, the Administrative Law Judge (ALJ) will hold a new hearing, and plaintiff will have the opportunity to submit additional evidence. The ALJ will further evaluate plaintiff's residual functional capacity (RFC) and identify evidence in support of the RFC finding. The ALJ will also further evaluate the opinions of record, including those from Dr. Deppe and the State agency physicians. The ALJ will explain the weight given to the opinions and the reasons for such weight. If the ALJ rejects a physician's opinion, the ALJ will provide a rationale for such rejection. If

appropriate, the ALJ will obtain testimony from a vocational expert.

    IT IS SO ORDERED.

    DATED: April 23, 2012

Digitally signed by David R. Herndon
Date: 2012.04.23 10:41:43 -05'00'

    Chief Judge
    United States District Court